587 A.2d 312

## In Re ELECTION OF DEMOCRATIC PARTY COUNTY COMMITTEE POSITIONS, 7TH DISTRICT, BOROUGH OF GLASSPORT.

**Appeal of Thomas BRADLEY.**

Supreme Court of Pennsylvania.

Argued March 7, 1991.

Decided March 21, 1991.

Falco A. Muscante, Pittsburgh, for appellant.

James E. Scanlon, Director, Mark Wolosik, Deputy Director, Dept. of Elections, Allan J. Opsitnick, Asst. County Sol., Allegheny County Law Dept., Pittsburgh, Ronald J. Brown, Grogan, Graffam, McGinley & Lucchino, P.C., Philadelphia, for appellees.

### ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.